**E-FILED on** 12/4/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD, <br><br> Plaintiffs, <br><br> v. <br><br> S3 PARTNERS, LLC; et al., <br><br> Defendants. | No. C-09-01405 RMW <br><br> ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND <br> **[Re Docket No. 28]** |

The motion to dismiss by defendants S3 Partners, LLC, The Shields Foundation, Northwest Consulting Group, LLC, Livingstone Capital, Stagecoach Retail, LLC, Sonterra Retail Center, LLC, Melvin Russell Shields, and Chastan Shields came on for hearing before the court on December 4, 2009. Plaintiffs opposed the motion. The court has considered the papers submitted by the parties and the arguments of counsel at the hearing, and for the reasons stated at the hearing, the motion is granted. Plaintiffs shall have thirty days leave to amend. The case management conference is continued to January 29, 2010 at 10:30 a.m.

DATED: 12/4/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Paul E. Rice price@civlit.com

**Counsel for Defendants:**

Gregory J. Charles gcharles@campeaulaw.com

Lance Burrow lance@burrow-law.com

Christian E. Picone christian.picone@berliner.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/4/09                        TER
                                                          **Chambers of Judge Whyte**