| | |
|---|---|
| GREGORY CHARLES, ESQ., BAR NO. 208583<br>CAMPEAU GOODSELL SMITH<br>440 North First Street, Ste. 100<br>San Jose, California 95112<br>Telephone: 408.295.9555<br>Facsimile: 408.852.0233<br>gcharles@campeaulaw.com<br><br>Counsel for S3 Partners, LLC; The Shields Foundation; Northwest Consulting Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; Melvin Russell Shields; and Chastan Shields | *E-FILED - 1/28/10* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **MARK SHEPHERD AND DELIA SHEPHERD**<br><br>    PLAINTIFFS,<br><br>    v.<br><br>**S3 PARTNERS, LLC, ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; AND DOUG BURKE,**<br><br>    Defendants. | Case No. 09-CV-01405 RMW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE.**<br><br>**AND ORDER**<br><br>Hearing<br><br>Date: January 29, 2010<br>Time: 10:30 a.m.<br>Place: 208 South 1st Street.<br>      San Jose, California 95113<br>      Courtroom 6, 4th Floor |

## STIPULATION

This matter is set for a Case Management Conference on January 29, 2010 at 10.30 a.m. The plaintiffs having filed their 3rd Amended Complaint on January 4, 2010, the case is not yet at issue. Consequently, the parties stipulate to a continuance of the

Stipulation and Order
1

1  Case Management Conference to a future date and time set by the court.

2  So Stipulated.

3  Dated: January 26, 2010            **CAMPEAU GOODSELL SMITH**
                                       A Law Corporation

5                                      By:  /s/ Gregory J. Charles
                                            Gregory J. Charles
6                                           Attorneys for S3 Partners, LLC; The
                                            Shields Foundation; Northwest
7                                           Consulting Group, LLC; Livingstone
                                            Capital; Stagecoach Retail, LLC; Sonterra
8                                           Retail Center, LLC; Melvin Russell
                                            Shields; and Chastan Shields

10 Dated:  January 26, 2010           **RICE & BRONITSKY**

12                                     By:  /s/ Paul E. Rice
                                            Paul E. Rice
13                                          Attorneys for Plaintiffs
                                            Mark Shepherd and Delia Shepherd

15 Dated:  January 26, 2010           **BURROW & SHIMANE**

17                                     By:  /s/ Lance Burrow
                                            Lance Burrow
                                            Attorneys for Defendants
18                                          Corinthian Wealth Management and
                                            David Samuels

20 Dated:  January 27, 2010           **BERLINER COHEN**

22                                     By:  /s/ Christian E. Picone
                                            Christian E. Picone
                                            Attorneys for Defendants Michael Sims
23                                          and Golden Crest Wealth Management

# ORDER

Based upon the stipulation of the parties and good cause appearing;

IT IS ORDERED that the Case Management Conference scheduled for January 29, 2010 at 10.30 a.m. is VACATED;

IT IS FURTHER ORDERED that the Case Management Conference is rescheduled for the 26 day of March, 2010 at 10:30 a.m.

Date: 1/28/10

_____*Ronald M. Whyte*_____
Ronald M. Whyte
United States District Court Judge