RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone:   650-289-9088
Facsimile:     650-289-9093
price@civlit.com

Attorneys for Plaintiffs
Mark Shepherd and Delia Shepherd

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **MARK SHEPHERD and DELIA SHEPHERD,**<br><br>       Plaintiffs,<br><br>    v.<br><br>**S3 PARTNERS, LLC; ALARIS DEVELOPMENT, LLC; NORTHWEST CONSULTING GROUP, LLC; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; CHASTAN SHIELDS; CONVERGENT MANAGEMENT GROUP, LLC.; EXCHANGE ADVANTAGE, LLC; SAM S. STAFFORD, INC.**<br><br>       Defendants. | Case No.:  09-CV-01405 RMW<br><br><br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><br><br>Date:   March 26, 2010<br>Time:  10:30 a.m.<br>Ctrm:  6, 4th Floor |

**1.    JURISDICTION AND SERVICE.**

This Court has jurisdiction over pursuant to Section 27 of the Securities Exchange Act of 1934. All named parties except Sam Stafford and Sam S. Stafford, Inc. have either been served, or have made a general appearance through counsel. Defendant Sam Stafford was served by substitute service on November 6, 2009, but has not responded. The third amended complaint, as to said Defendant, and as to Defendant Sam S. Stafford, Inc. are out for service. Once service is complete,

1  if no responsive pleading is filed, as is anticipated, Plaintiffs will promptly move this Court for a
2  default judgment.

3  **2.  FACTS.**

4  This action arises out of the purchase of securities by Plaintiffs in or around the summer of
5  2007.

6  **3.  LEGAL ISSUES.**

7  The legal issues, as set forth in the Third Amended Complaint, involve the sale of securities
8  with claims for relief for securities fraud, both state and federal, misrepresentation, and rescission.

9  **4.  MOTIONS.**

10  None pending. Plaintiff filed a Third Amended Complaint. The remaining Defendants have
11  indicated that they will file an answer to said Complaint in the near future.

12  **5.  AMENDMENT OF PLEADINGS.**

13  Plaintiffs ask the Court to dismiss, without prejudice, previously named Defendants
14  Corinthian Wealth Management, Golden Crest Wealth Management, Pierce Arrow Investors, LLC.,
15  David Vaughn, David Samuels, Chastan Shields, and Doug Burke.

16  **6.  EVIDENCE PRESERVATION.**

17  All clients have been advised to take all steps to properly preserve evidence.

18  **7.  DISCLOSURES.**

19  As the Rule 26(f) conference has yet to be held, there has been no initial disclosure.

20  **8.  DISCOVERY.**

21  Other than Interrogatories to determine the contact information for the Defendants who have
22  not yet been served, no discovery has taken place, and presumably none will take place until the
23  pleadings have been settled. Accordingly, it is premature to propose a discovery plan.

24  **9.  CLASS ACTIONS.**

25  Not applicable.

26  **10.  RELATED CASES.**

27  Not applicable.

28

JOINT CASE MANAGEMENT CONFERENCE
Case No. 09-CV-01405 RMW

**RICE & BRONITSKY**
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

**11.   RELIEF.**

Monetary damages in the amount of $660,000, which represents the purchase price for the securities purchased by Plaintiffs; damages of 12 percent per year, which was the projected return on investment; interest; punitive damages; attorneys' fees; rescission and restitution.

**12.   SETTLEMENT AND ADR.**

All parties believe it is premature to address the issues of settlement and ADR.

**13.   CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES.**

The parties do not consent to a magistrate judge for conduct of all further proceedings.

**14.   OTHER REFERENCES.**

Not applicable.

**15.   NARROWING OF ISSUES.**

It is premature to determine such.

**16.   EXPEDITED SCHEDULE.**

No.

**17.   SCHEDULING.**

It is premature to determine such until all parties have answered the Second Amended Complaint, or any further amended complaint.

**18.   TRIAL.**

Jury trial, two to three weeks.

**19.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS.**

David Samuels, Corinthian Wealth Management LLC

**20.   OTHER MATTERS.**

No determination to date.

Dated:  March 8, 2010                                    **RICE & BRONITSKY**

By:   /s/ Paul E. Rice
Paul E. Rice
Attorneys for Plaintiffs
Mark Shepherd and Delia Shepherd

RICE & BRONITSKY
350 Cambridge Ave., Suite 225
Palo Alto, CA  94306
(650) 289-9088

| | | |
|---|---|---|
| 1 | Dated: March 8, 2010 | **CAMPEAU GOODSELL SMITH** |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Gregory Charles |
| | | Gregory Charles |
| 5 | | Attorneys for Defendants S3 Partners, LLC; The Shields Foundation; Northwest Consulting Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; and Melvin Russell Shields; |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: March 8, 2010 | **BERLINER COHEN** |
| 10 | | |
| 11 | | |
| 12 | | By:  /s/ Christian E. Picone |
| | | Christian E. Picone |
| 13 | | Attorneys for Defendant Michael Sims |

**RICE & BRONITSKY**
350 Cambridge Ave., Suite 225
Palo Alto, CA  94306
(650) 289-9088

4

JOINT CASE MANAGEMENT CONFERENCE
Case No. 09-CV-01405 RMW