Sam S. Stafford
1608 W. Campbell Ave
# 360
Campbell, CA 95008
Telephone: (408) 824-9000
Devguy9@gmail.com

*In pro per*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD, <br><br> Plaintiffs, <br><br> v. <br><br> S3 PARTNERS, LLC; ALARIS DEVELOPMENT, LLC; NORTHWEST CONSULTING GROUP, LLC; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; CHASTAN SHIELDS, CONVERGENT MANAGEMENT GROUP, LLC; EXCHANGE ADVANTAGE, LLC; and SAM S. STAFFORD, INC. <br><br> Defendants | Case No. 09-CV-01405 RMW <br><br> **Motion to Grant E-File Privileges** |

AND RELATED CROSS ACTIONS

///
///
///
///

1  Defendant STAFFORD seeks the court permission to utilize Case
2  Management/Electronic Case Files system (CM/ECM E-File) to file Pleadings and other related
   documents to this case.
3
4  DATED: March 25, 2010        Sam S. Stafford
5
6
7                          By: _____
                                    *in pro per*
8

CASE NO. 09-CV-01405 RMW

- 2 -

Motion to Grant E-File Privileges