RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650-289-9088
Facsimile: 650-289-9093
Email: price@civlit.com

*E-FILED - 6/8/10*

Attorneys for Plaintiffs
Mark Shepherd and Delia Shepherd

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **MARK SHEPHERD and DELIA SHEPHERD,**<br><br>              Plaintiffs,<br><br>       v.<br><br>**S3 PARTNERS, LLC, et al.,**<br><br>              Defendants. | Case No.:  09-CV-01405 RMW<br><br>**STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND EXTENDING DATE OF INITIAL DISCLOSURES** |

WHEREAS the contract attorney associated with plaintiffs' counsel, who had full responsibility for reviewing documents and identifying witnesses in connection with plaintiffs' initial disclosure requirements under Federal Rules of Civil Procedure, Rule 26, passed away suddenly several weeks ago, and whereas plaintiffs' counsel has only recently been able to recover most of the documents in the possession of said contract attorney, who resided out of state, and whereas plaintiffs' counsel has scheduled a meeting with plaintiffs on June 4, 2010, for the purpose of reviewing these documents, discussing the identity of witnesses, etc., the parties jointly request that the Court continue the Further Case Management Conference, which is currently set for June 11, 2010 at 10:30 a.m., to a date convenient to the Court in August or September 2010, and that the date for Initial Disclosures by all parties be extended to August 3, 2010.

Dated:  June 2, 2010                                         **RICE & BRONITSKY**

By:   /s/ Paul E. Rice
   Paul E. Rice
   Attorneys for Plaintiffs
   Mark Shepherd and Delia Shepherd

Dated:  June 2, 2010                                         **CAMPEAU GOODSELL SMITH**

By:   /s/ Gregory Charles
   Gregory Charles
   Attorneys for Defendants S3 Partners, LLC;
   The Shields Foundation; Northwest
   Consulting Group, LLC; Livingstone
   Capital; Stagecoach Retail, LLC; Sonterra
   Retail Center, LLC; Melvin Russell Shields;
   and Chastan Shields

Dated:  June 2, 2010                                         **BERLINER COHEN**

By:   /s/ Christian E. Picone
   Christian E. Picone
   Attorneys for Defendants Michael Sims
   And Golden Crest Wealth Management

    The court having considered the above and good cause shown,

    IT IS HEREBY ORDERED that the Further Case Management Conference be continued to August 27, _____, 2010.

    IT IS FURTHER ORDERED that the date for completion of Initial Disclosures is extended to August 3, 2010.

DATED:  6/8/10

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

2

STIPULATION CONTINUING FURTHER CMC AND EXTENDING DATE OF INITIAL DISCLOSURES
Case No. 09-CV-01405 RMW