1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   christian.picone@berliner.com
6
   ATTORNEYS FOR DEFENDANTS MICHAEL SIMS
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD, | CASE NO. 09-CV-01405 RMW |
| Plaintiffs, | NOTICE OF STAY OF PROCEEDINGS |
| v. | |
| S3 PARTNERS, LLC; ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; and DOUG BURKE, | |
| Defendants. | |
| AND RELATED CROSS ACTIONS | |

///

///

///

///

To the court and all parties:

1. On July 30, 2010, Michael Sims filed a Voluntary Petition with the United States Bankruptcy Court, Northern District of California. The filing of the Voluntary Petition triggers an automatic stay of the above referenced matter.

3. Attached, as Exhibit 1, is a true and accurate copy of the pages 1 through 3 of the Voluntary Petition filed July 30, 2010, in the United States Bankruptcy Court, Northern District of California, Case Number 10-57898.

DATED: AUGUST 6, 2010         BERLINER COHEN

                              BY:  /s/CHRISTIAN E. PICONE
                                   CHRISTIAN E. PICONE
                                   ATTORNEYS FOR DEFENDANTS MICHAEL SIMS