1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | |
|---|---|
| **MARK SHEPHERD and DELIA SHEPHERD,** | Case No.: 09-CV-01405 RMW |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| **S3 PARTNERS, LLC; ALARIS DEVELOPMENT, LLC; NORTHWEST CONSULTING GROUP, LLC; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; CHASTAN SHIELDS; CONVERGENT MANAGEMENT GROUP, LLC.; EXCHANGE ADVANTAGE, LLC; SAM S. STAFFORD, INC.** | |
| Defendants. | |

Pursuant to the Civil Minutes of the Case Management Conference held on August 27, 2010, the following Scheduling Order is hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order:

1. The parties are ordered to Court Mediation, to be completed by January 31, 2011.

2. Jury Trial is set for August 8, 2011, at 1:30 p.m.

3. The Pretrial Conference is set for July 28, 2011, at 2:00 p.m.

SCHEDULING ORDER
Case No. 09-CV-01405 RMW

1    4.  The Joint Pre-Trial Statement is due July 22, 2011.

2    5.  The last day for hearings on dispositive motions is set for June 3, 2011, at 9:00 a.m.

3    6.  The last day to complete non-expert discovery is April 29, 2011.

4    7.  The last day to complete expert discovery is May 13, 2011.

5    8.  The last day for disclosure of experts is April 29, 2011.

6    9.  Discovery limits:

7        (a)   Depositions – 10 per side

8        (b)   Interrogatories – 25 per party

9        (c)   Requests for Admissions – 15 per party

10       (d)   Request for Production of Documents – no limit, but narrowly tailored.

11

12  IT IS SO ORDERED.

13

14  Dated: _____      _____
                                            Honorable Ronald M. Whyte
15                                          United States District Judge

2

SCHEDULING ORDER
Case No. 09-CV-01405 RMW