1  GREGORY CHARLES, ESQ., BAR NO. 208583
   CAMPEAU GOODSELL SMITH
2  440 North First Street, Ste. 100
   San Jose, California 95112
3  Telephone: 408.295.9555
   Facsimile: 408.852.0233
4  gcharles@campeaulaw.com

*E-FILED - 2/7/11*

5  Counsel for S3 Partners, LLC; The Shields
   Foundation; Northwest Consulting
6  Group, LLC; Livingstone Capital;
   Stagecoach Retail, LLC; Sonterra Retail
7  Center, LLC;  Melvin Russell Shields; and
   Chastan Shields

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| MARK SHEPHERD AND DELIA SHEPHERD | Case No. 09-CV-01405 RMW |
|---|---|
| PLAINTIFFS, | STIPULATION TO EXTEND DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION AND ORDER. |
| v. | |
| S3 PARTNERS, LLC, ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; AND DOUG BURKE, | No Hearing |
| Defendants. | |

### STIPULATION

1. On October 26, 2010, an order issued appointing Paul A. Renne, Esq. as mediator in this.

2. Pursuant to ADR Local Rule 6-4, the mediation must be complete by January 24, 2001.

Stipulation and Order
1

1      3.    The parties have not conducted depositions or written discovery in this matter.

    4.    S3 Partners, LLC; The Shields; Foundation; Northwest Consulting Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; Melvin Russell Shields; and Chastan Shields (the "Shields Defendants") desire to take the deposition of the plaintiffs before a mediation of the dispute.

    5.    Mark and Delia Sheppard desire to take the deposition of Melvin Russell Shields before a mediation of the dispute.

    6.    Counsel for the plaintiffs is scheduled to be in trial and will be available for depositions beginning February 27, 2011.

    7.    Therefore, the parties desire to extend the time to complete the mediation until March 31, 2011.

So Stipulated.

Dated: January 19, 2011          **CAMPEAU GOODSELL SMITH**
A Law Corporation

By: /s/ Gregory J. Charles
    Gregory J. Charles
    Attorneys for S3 Partners, LLC; The Shields Foundation; Northwest Consulting Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; Melvin Russell Shields; and Chastan Shields

Dated: January 19, 2011          **RICE & BRONITSKY**

By: s/ Paul E. Rice
    Paul E. Rice
    Attorneys for Plaintiffs
    Mark Shepherd and Delia Shepherd

Dated: January 19, 2011          By: s/ Sam Stafford
    Sam Stafford, *in pro. per.*

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

# ORDER

Based upon the stipulation of the parties and good cause appearing;

IT IS ORDERED that the deadline to complete mediation of the dispute under the auspices of Paul A. Renne, Esq. is extended to March 31, 2011.

Dated: February 7, 2011

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge