GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

*E-FILED - 4/15/11*

Counsel for S3 Partners, LLC; The Shields Foundation; Northwest Consulting Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; and Melvin Russell Shields

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD AND DELIA SHEPHERD<br><br>PLAINTIFFS,<br><br>v.<br><br>S3 PARTNERS, LLC, ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; AND DOUG BURKE,<br><br>Defendants. | Case No. 09-CV-01405 RMW<br>*AMENDED*<br>STIPULATION TO EXTEND DEADLINE TO COMPLETE DISCOVERY AND ALTERNATIVE DISPUTE RESOLUTION AND ORDER.<br><br>No Hearing |

## STIPULATION

1. On October 26, 2010, an order issued appointing Paul A. Renne, Esq. as mediator in this.

2. The parties have not conducted depositions in this matter.

3. S3 Partners, LLC; The Shields; Foundation; Northwest Consulting

Stipulation and Order
1

1  Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center,
2  LLC; Melvin Russell Shields; and Chastan Shields (the "Shields Defendants") desire to
3  take the deposition of the plaintiffs before a mediation of the dispute.

4      4.    Mark and Delia Sheppard previously noticed for March 22, 2011 and
5  desire to take the deposition of Melvin Russell Shields before a mediation of the
6  dispute. Mr. Shields lives in North Carolina and was not available to travel to
7  California for the date that his deposition was noticed. His deposition was
8  rescheduled by consent of counsel for April 13, 2011.

9      5.    The current discovery cutoff for percipient witnesses on April 29, 2011
10 and the Trial Date is August 29, 2011; **Pretrial Conference is August 11, 2011.**

11     6.    The parties desire to extend the time to complete the mediation until
12 June 1, 2011.

13     7.    The Parties desire to extend the completion of discovery until May 28,
14 2011.

15     8.    The Parties desire to extend the deadline to file dispositive motions to
16 June 1, 2011 **and last date to hear dispositive motions is July 8, 2011.**

17 So Stipulated.

18 Dated: April 7, 2011        **CAMPEAU GOODSELL SMITH**
19                                     A Law Corporation

20                                     By: /s/ Gregory J. Charles
21                                           Gregory J. Charles
                                          Attorneys for S3 Partners, LLC; The
22                                           Shields Foundation; Northwest
                                          Consulting Group, LLC; Livingstone
23                                           Capital; Stagecoach Retail, LLC;
                                          Sonterra Retail Center, LLC; Melvin
24                                           Russell Shields; and Chastan Shields

25 Dated: April 7, 2011        **RICE & BRONITSKY**
26
27                                     By: s/ Paul E. Rice
28                                            Paul E. Rice

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

                                      Attorneys for Plaintiffs
                                      Mark Shepherd and Delia Shepherd

So Ordered.

Dated: April _15, 2011            *Ronald M. Whyte*
                                  Ronald M. Whyte
                                  United States District Court Judge