1  GREGORY CHARLES, ESQ., BAR NO. 208583
   CAMPEAU GOODSELL SMITH
2  440 North First Street, Ste. 100
   San Jose, California 95112
3  Telephone: 408.295.9555
   Facsimile: 408.852.0233
4  gcharles@campeaulaw.com                           *E-FILED - 6/22/11*

5  Counsel for S3 Partners, LLC; The Shields
   Foundation; Northwest Consulting
6  Group, LLC; Livingstone Capital;
   Stagecoach Retail, LLC; Sonterra Retail
7  Center, LLC; and Melvin Russell Shields

8

9
                          UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 | MARK SHEPHERD AND DELIA SHEPHERD | Case No. 09-CV-01405 RMW
   |                                  |    *SECOND AMENDED*
14 |        PLAINTIFFS,               | STIPULATION TO EXTEND DEADLINE TO
   |                                  | COMPLETE DISCOVERY AND ALTERNATIVE
15 |        v.                        | DISPUTE RESOLUTION.

16 | S3 PARTNERS, LLC, ALARIS         | No Hearing
   | DEVELOPMENT; THE SHIELDS
17 | FOUNDATION; NORTHWEST CONSULTING
   | GROUP, LLC; CORINTHIAN WEALTH
18 | MANAGEMENT; GOLDEN CREST WEALTH
   | MANAGEMENT; PIERCE ARROW INVESTORS,
19 | LLC; LIVINGSTONE CAPITAL; STAGECOACH
   | RETAIL, LLC; SONTERRA RETAIL CENTER,
20 | LLC; MICHAEL SIMS; SAM STAFFORD;
   | MELVIN RUSSELL SHIELDS; DAVID
21 | VAUGHN; DAVID SAMUELS; CHASTAN
   | SHIELDS; AND DOUG BURKE,
22
   |        Defendants.
23

24                                    STIPULATION

25      1.    On October 26, 2010, an order issued appointing Paul A. Renne, Esq. as

26 mediator in this.

27      2.    The parties have not conducted depositions in this matter.

28      3.    S3 Partners, LLC; The Shields; Foundation; Northwest Consulting

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

1  Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center,
2  LLC; Melvin Russell Shields; and Chastan Shields (the "Shields Defendants") desire to
3  take the deposition of the plaintiffs before a mediation of the dispute.

4     4.    Mark and Delia Sheppard previously noticed for March 22, 2011  and
5  desire to take the deposition of Melvin Russell Shields before a mediation of the
6  dispute. Mr. Shields lives in North Carolina and was not available to travel to
7  California for the date that his deposition was noticed.  His deposition was
8  rescheduled by consent of counsel for April 13, 2011.

9     5.    The current discovery cutoff for percipient witnesses in April 29, 2011
10  and the Trial Date is October 17, 2011; Pretrial Conference is October 6, 2011.

11     6.    The parties desire to extend the time to complete the mediation until
12  June 1, 2011.

13     7.    The Parties desire to extend the completion of discovery until May 28,
14  2011.

15     8.    The Parties desire to extend the deadline to file dispositive motions to
16  August 26, 2011.

17     So Stipulated.

18  Dated: April 7, 2011       **CAMPEAU GOODSELL SMITH**
A Law Corporation

By:  /s/ Gregory J. Charles
    Gregory J. Charles
    Attorneys for S3 Partners, LLC; The
    Shields Foundation; Northwest
    Consulting Group, LLC; Livingstone
    Capital; Stagecoach Retail, LLC;
    Sonterra Retail Center, LLC;  Melvin
    Russell Shields; and Chastan Shields

Dated:  April 7, 2011       **RICE & BRONITSKY**

By:  s/ Paul E. Rice
    Paul E. Rice

|   |   |
|---|---|
| 1 | Attorneys for Plaintiffs<br>Mark Shepherd and Delia Shepherd |

So Ordered.

Dated: June  22 , 2011

_____
Ronald M. Whyte
United States District Court Judge

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California