UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD, | Case No.: C 09-1405-RMW |
| Plaintiffs, | **ORDER TO APPEAR** |
| v. | |
| S3 PARTNERS, LLC; ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINSTONE CAPITAL; STAGECOACH RETAIL, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSEL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; DOUG BURKE, | |
| Defendants. | |

This matter comes before the court by Judge Whyte's October 20, 2011 referral for magistrate judge settlement conference.[1] Judge Whyte ordered the parties to immediately contact the undersigned's chambers to schedule the settlement conference. The undersigned is informed, however, that Defendants' counsel Gregory J. Charles has not responded to numerous attempts by

---

[1] *See* Docket No. 96.

1

Case No.: 09-1405
ORDER

the other parties and by the courtroom deputy clerk to schedule the settlement conference. Those parties not represented by Mr. Charles have agreed to be available for either a January 2, 2012 or December 28, 2011 settlement conference. Accordingly,

The court hereby ORDERS Defendants' counsel and lead attorney, Gregory J. Charles, to appear before this court on Tuesday, December 13, 2011 at 2:00 p.m. in order to inform the court of Defendants' availability for settlement conference.

**IT IS SO ORDERED.**

Dated: December 7, 2011

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 09-1405
ORDER