UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD, | Case No.: C 09-1405-RMW |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| S3 PARTNERS, LLC; ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINSTONE CAPITAL; STAGECOACH RETAIL, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSEL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; DOUG BURKE, | |
| Defendants. | |

This matter comes before the court by Judge Whyte's October 20, 2011 referral for magistrate judge settlement conference,[1] scheduled for December 29, 2011. The following defendants failed to appear for the December 29 settlement conference: S3 Partners, LLC; Alaris Development; The Shields Foundation; Northwest Consulting Group, LLC; Livingstone Capital;

---

[1] *See* Docket No. 96.

Stagecoach Retail, LLC; Sonterra Retail Center, LLC; Michael Sims; Sam Stafford; Melvin Russell Shields; Sam S. Stafford, Inc.; Convergent Management Group, LLC; and Exchange Advantage, LLC. Defendants failed to appear notwithstanding service by Defendants' counsel, by email and mail, noticing the settlement conference and informing the Defendants that their presence was required. Accordingly,

The court hereby ORDERS the above-listed Defendants to appear before this court at 10:00 a.m. on Tuesday, January 6, 2012 to show cause why these parties should not be sanctioned for their failure to appear for the settlement conference.

**IT IS SO ORDERED.**

Dated: December 29, 2011

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 09-1405
ORDER