**E-FILED on**   1/6/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD,<br><br>    Plaintiffs,<br><br>    v.<br><br>S3 PARTNERS, LLC; ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; DOUG BURKE,<br><br>    Defendants. | No. C-09-01405 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br><br>**[Re Docket No. 98]** |

    This matter came before the Court on a motion by Campeau Goodsell Smith and Gregory Charles, Esq. ("Movants") to be relieved as counsel of record ("Motion") for S3 Partners, LLC; The Shields Foundation; Northwest Consulting Group, LLC; Livingstone Capital; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; Melvin Russell Shields; and Chastan Shields ("Defendants").

1 Appearances of counsel were noted on the Record. The Defendants did not
2 oppose the Motion and did not appear at the hearing. For reasons stated on the Record
3 and good cause appearing,

4 IT IS ORDERED that the Motion is GRANTED, and Movants are relieved as
5 counsel of record for the Defendants.

6 IT IS FURTHER ORDERED that the trial date of February 13, 2012 at 1:30 PM
7 is NOT vacated; and

8 IT IS FURTHER ORDERED that the pre-trial conference scheduled for
9 February 9, 2012 at 2:00 PM is NOT vacated.

10 IT IS FURTHER ORDERED that Movants shall immediately serve a copy of
11 this Order on the Defendants and file a Certificate of Service that includes the last
12 known contact information for the Defendants.

14 Defendants are hereby notified of the following effects this order may have upon parties:

> **NOTICE TO S3 PARTNERS, LLC; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MELVIN RUSSELL SHIELDS; and CHASTAN SHIELDS**
>
> **Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**
>
> - A corporation
> - A partnership
> - A limited liability company
> - An unincorporated association
> - A probate fiduciary
> - A trustee
> - A guardian
> - A personal representative
> - A guardian ad litem
> - A conservator
>
> **If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

26 Melvin Russell Shields and Chastan Shields are notified that if either person will be
27 representing himself or herself, he or she shall be solely responsible for the case.

**United States District Court**
For the Northern District of California

**NOTICE TO PARTY WHO WILL BE UNREPRESENTED**

**You will not have any attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

Each party is notified that it is the party's duty to keep the court informed at all times of the party's current address.

**NOTICE TO PARTY WHO WILL BE UNREPRESENTED**

**The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interest or result in your losing the case.**

All parties are advised that the trial in this action has been set for February 13, 2012 and will not be continued absent a showing of extraordinary circumstances, as Defendants have known of the trial date for some time. The next presently scheduled hearing in this action is the pretrial conference and is set for February 9, 2012 at 2:00 p.m. in Courtroom 6, United States District Court, 280 South First Street, San Jose, CA 95113.

**NOTICE TO PARTIES**

**You or your attorney must prepare for and attend this hearing.**

DATED:      January 6, 2012

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-09-01405 RMW
LJP                                                             3