```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4
     SHEPHERD, ET AL,             )  CV-09-1405-RMW
 5                                )
                 PLAINTIFF,       )  SAN JOSE, CALIFORNIA
 6                                )
           VS.                    )
 7                                )  JANUARY 6, 2012
     S3 PARTNERS, LLC, ET AL,     )
 8                                )
                 DEFENDANT.       )  PAGES 1-9
 9  _____)

10

11               TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE RONALD M. WHYTE
12              UNITED STATES DISTRICT JUDGE

13

14   A P P E A R A N C E S:

15

16   FOR THE PLAINTIFF:  PAUL E. RICE, A PROFESSIONAL
                         CORPORATION
17                       BY:  PAUL RICE
                         350 CAMBRIDGE AVENUE, STE 225
18                       PALO ALTO, CA 94306

19

20   FOR THE DEFENDANT:  CAMPEAU GOODSELL SMITH
                         BY:  GREGORY CHARLES
21                       440 NORTH 1ST STREET, STE 100
                         SAN JOSE, CA 95112
22

23         (APPEARANCES CONTINUED ON THE NEXT PAGE)

24

25   OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185

                                                              1
```

| | |
|---|---|
| 1 | FOR THE PLAINTIFF: GCA LAW PARTNERS, LLP |
| 2 | BY: JILL KOPEIKIN |
| | 1981 LANDINGS DRIVE |
| 3 | MOUNTAIN VIEW, CA 94043 |

```
 1    SAN JOSE, CALIFORNIA            JANUARY 6, 2012
 2                   P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE CLERK:  NEXT MATTER, C-09-1405.
 6              SHEPARD VERSUS S3 PARTNERS, ON FOR MOTION
 7    TO WITHDRAW AS ATTORNEY.
 8              STATE YOUR APPEARANCES, PLEASE
 9              MR. CHARLES:  GOOD MORNING, YOUR HONOR.
10              GREGORY CHARLES OF CAMPEAU GOODSELL SMITH
11    FOR THE MOVING PARTY.
12              MR. RICE:  GOOD MORNING, YOUR HONOR.
13              PAUL RICE ON BEHALF OF PLAINTIFFS.
14              MS. KOPEIKIN:  JILL KOPEIKIN OF GCA ON
15    BEHALF OF PLAINTIFF.
16              THE COURT:  MY THOUGHT ON THIS IS THAT
17    THE MOTION TO WITHDRAW SHOULD BE GRANTED.
18              MY ONLY QUESTION IS WHETHER OR NOT I
19    NEEDED TO GET MORE OF A SPECIFICATION OF A REASON.
20    BUT I SEE FROM THE PAPERS THAT THE DEFENDANT FILED
21    THAT APPARENTLY THERE'S JUST BEEN NO CONTACT OR
22    RESPONSE FROM THE DEFENDANTS, AND IF THAT'S THE
23    CASE AND THEY HAVEN'T FILED ANY OPPOSITION TO THAT,
24    THEY ARE NOT HERE SO I THINK THE MOTION IS
25    REASONABLE AND SHOULD BE GRANTED.
```

1                THEY WERE SERVED WITH THIS MOTION,
2    CORRECT?
3                MR. CHARLES:  THAT'S CORRECT, YOUR HONOR.
4                AND I THINK THAT I'VE -- I WENT TO PAINS
5    YESTERDAY AND I FILED THAT DECLARATION LATE
6    YESTERDAY, BUT JUST IN CASE I DIDN'T HEAR ANYTHING
7    I WENT TO THE PAINS TO SHOW ALL THE THINGS THAT I
8    DID TO MAKE SURE THAT THEY HAD NOTICE ALL ALONG OF
9    THESE PROCEEDINGS AND THEY RECEIVED IT.
10               YOU KNOW, I'VE GOTTEN TO THE POINT NOW
11   WHERE I'M DOING EVERYTHING VIA FAX AS WELL AND I
12   GET CONFIRMATION PAGES.  SO YOU ARE GETTING THESE
13   PAPERS.
14               AND YOUR HONOR, JUST AS AN ASIDE, IF I
15   HAD TO MAKE AN OFFER OF PROOF, THIS GROUP OF
16   DEFENDANTS WERE DEFAULTED IN A NEVADA CASE IN STATE
17   COURT UNDER SIMILAR CIRCUMSTANCES, NOT SHOWING UP
18   AT THE TRIAL.
19               IF I HAD TO PUT ON A MATTER OF PROOF, I
20   COULD DO THAT.  I COULD TELL YOU WHAT THE CASE NAME
21   AND NUMBER IS IF THAT WOULD PLEASE THE COURT AS
22   WELL.
23               THE COURT:  ALL RIGHT.
24               UNLESS SOMEBODY HAS SOMETHING THEY WANT
25   TO ADD, I'M GOING TO GRANT THE MOTION TO WITHDRAW

1  AND FURTHER SPECIFY THAT ABSENT SOME EXTRA ORDINARY
2  SHOWING, THAT THE TRIAL DATE STAYS.
3           MR. RICE:  OKAY, YOUR HONOR.
4           THE PROBLEM I HAVE IS THAT WHEN YOU
5  LOOKED ON THE COURT'S CALENDAR, AND I THOUGHT MAYBE
6  THERE WAS A TECHNICAL OVERSIGHT HERE, IT DOES NOT
7  SHOW THE TRIAL DATE OF FEBRUARY 13TH ON THE COURT'S
8  CALENDAR, IT JUST SHOWS SOME MOTIONS, AND YET WE
9  HAVE AN ORDER SETTING IT ON THE 13TH.
10          THE COURT:  THE CLERK, SHE'S TELLING ME
11 THAT'S JUST A GLITCH, THAT IT IS ON.
12          MR. RICE:  GREAT.
13          SO AS I INDICATED IN MY PAPERS, AND
14 MR. CHARLES AND I HAVE ALWAYS GOTTEN ALONG, I DON'T
15 CARE WHO IS HERE TO TRY THE CASE WHETHER THEY ARE
16 PRO PER OR WHETHER THEY HAVE COUNSEL OR NOT, I'M
17 CONCERNED THAT IF NEW COUNSEL DOES COME IN THEN
18 THERE'S GOING TO BE A MOTION TO CONTINUE THE TRIAL
19 AND THAT'S WHERE THE PREJUDICE WOULD SHOW UP.
20          THE COURT:  I DON'T WANT TO PREJUDGE THAT
21 TO THE EXTENT THAT I WOULD SAY UNDER NO
22 CIRCUMSTANCES WOULD I CONTINUE THE CASE, BUT
23 CERTAINLY BASED ON WHAT THE RECORD SHOWS AT THIS
24 POINT, I THINK IT WOULD HAVE HAD TO BE A PRETTY
25 UNIQUE CIRCUMSTANCE TO JUSTIFY MOVING THE DATE.

1    MR. RICE:  AND FOR THAT POINT,
2    YOUR HONOR, I WOULD ADD SO IT'S ON THE RECORD IN
3    CASE YOUR HONOR IS OFF ON VACATION OR WHATEVER,
4    THAT THE DEFENDANTS SO FAR HAVE BASICALLY IGNORED
5    ORDERS OF THE COURT.  AND IN FACT, WE ARE GOING TO
6    BE IN FRONT OF JUDGE GREWAL AT 2:00 P.M. TODAY ON
7    AN ORDER TO SHOW CAUSE FOR THEIR FAILURE TO APPEAR.
8            THE COURT:  I THINK THAT'S SOMETHING
9    THAT'S FOR JUDGE GREWAL.
10           MR. RICE:  I'M JUST SAYING THAT, INDEED.
11           THE COURT:  I'M GRANTING THE MOTION TO
12   WITHDRAW BECAUSE I AM SATISFIED THE RECORD SHOWS
13   THAT THE DEFENDANTS HAVE IGNORED THEIR ATTORNEY AND
14   MAKING IT IMPOSSIBLE FOR HIM TO PREPARE THE CASE.
15           MR. CHARLES:  AND JUST SO THE RECORD IS
16   CLEAR, MR. RICE RAISED THE FACT THERE MAY NOT BE AN
17   ORDER CONTINUING THE TRIAL.  I BELIEVE THERE WAS A
18   MINUTE ENTRY BUT I DID AS SOON AS THE MATTER WAS
19   SET FOR THE 13TH OR HAD NOTICE, I DID ADVISE THE
20   CLIENT OF THE FACT.  THEY DO HAVE NOTICE THE TRIAL
21   WAS ON THAT DATE.
22           THE COURT:  AND AS FAR AS, YOU KNOW, THE
23   ADDRESS IS, WHAT IS IN FACT -- I'M NOT SURE, WHAT
24   IS THE CURRENT ADDRESS OF THE CLIENTS?
25           MR. CHARLES:  THE ADDRESS OF THE CLIENT,

1    YOUR HONOR, IS 2401 HIGHWAY 70 SOUTHWEST, HICKORY,
2    NORTH CAROLINA, 28602.  A FAX NUMBER IS
3    (828)267-0036.
4              I KNOW THAT TO BE GOOD AS OF YESTERDAY
5    BECAUSE I'VE GOTTEN CONFIRMATIONS OF THE VARIOUS
6    NOTICES THAT I FAXED TO THEM.
7              MR. SHIELDS WHO IS THE PRINCIPAL, HIS
8    E-MAIL ADDRESS, AND THESE ARE ALL IN MY PROOFS OF
9    SERVICE, IS RUSTY@CONVERGENT.COM.
10             I HAVE ALWAYS COMMUNICATED USING THAT
11   E-MAIL ADDRESS.  IT HAS NEVER BOUNCED BACK.  I
12   CHECKED YESTERDAY OF THE REGISTRATION OF THAT
13   DOMAIN NAME IS ACTUALLY LISTED AS THE ADDRESS THAT
14   I JUST GAVE YOU AND IT'S STILL ACTIVE.
15             THE COURT:  OKAY.
16             MR. RICE:  THE ONLY PROBLEM I HAVE WITH
17   THAT, YOUR HONOR, FOR THE RECORD AND I POINTED IT
18   OUT TO JUDGE GREWAL, THAT HE'S NOT THE PRINCIPAL OF
19   THE NORTHWEST CONSULTING GROUP, MS. CHASTAN,
20   C-H-A-S-T-A-N, IS AND I DON'T KNOW WHATEVER GOES TO
21   HIM GOES TO HER.
22             MR. CHARLES:  WHEN I WAS HIRED, THAT WAS
23   THE ADDRESS I WAS GIVEN TO ALL CLIENTS.
24             MR. RICE:  VERY GOOD.
25             THANK YOU, YOUR HONOR.

1        MR. CHARLES:  YOUR HONOR, DO YOU WANT ME
2   TO DO AN ORDER?
3        THE COURT:  SURE.  AND PUT IN THE LAST
4   KNOWN ADDRESS.
5        MR. CHARLES:  AND I WILL PUT IN THE
6   DEADLINES LIKE WE USUALLY DO.
7        THE COURT:  OKAY.  THAT WOULD BE GREAT.
8        THANK YOU.
9        (WHEREUPON, THE PROCEEDINGS IN THIS
10  MATTER WERE CONCLUDED.)

**CERTIFICATE OF REPORTER**

  I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

  THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185