E-FILED on   2/2/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD,<br><br>    Plaintiffs,<br><br>    v.<br><br>S3 PARTNERS, LLC; ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; DOUG BURKE,<br><br>    Defendants. | No. C-09-01405 RMW<br><br>ORDER STRIKING ANSWER AND ALLOWING ENTRY OF DEFAULT JUDGMENT<br><br>[Re Docket No. 119] |

On January 9, 2012, Magistrate Judge Grewal made a report and recommendation following defendants' failure to appear at a settlement conference scheduled for December 29, 2011 and defendants' further failure to appear at a January 6, 2012 hearing on an order to show cause. No objections have been filed, and defendants have not appeared nor offered any excuse for their

failures. Defendants had notice of their required appearances. Thus, the court hereby adopts the report and recommendation in full. Based upon these findings,

IT IS HEREBY ORDERED:

1. The answers of defendants S3 Partners, LLC; Northwest Consulting Group, LLC; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; and Melvin Russell Shields[1] are stricken;

2. The defaults of said defendants are entered;

3. Default judgments will be entered against said defendants upon submission by plaintiffs of an appropriate proposed default judgment and a declaration or other evidence supporting the relief requested in the proposed judgment; and

4. The pretrial conference currently set for February 9, 2012 and the trial date of February 13, 2012 are VACATED.

DATED:     February 2, 2012

_____
RONALD M. WHYTE
United States District Judge

---

[1] All other defendants have been dismissed or are in bankruptcy.

ORDER STRIKING ANSWER AND ALLOWING ENTRY OF DEFAULT JUDGMENT—No. C-09-01405 RMW
LJP                                                    2