**E-FILED on** __7/2/2012__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEPHERD and DELIA SHEPHERD,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>S3 PARTNERS, LLC; ALARIS DEVELOPMENT; THE SHIELDS FOUNDATION; NORTHWEST CONSULTING GROUP, LLC; CORINTHIAN WEALTH MANAGEMENT; GOLDEN CREST WEALTH MANAGEMENT; PIERCE ARROW INVESTORS, LLC; LIVINGSTONE CAPITAL; STAGECOACH RETAIL, LLC; SONTERRA RETAIL CENTER, LLC; MICHAEL SIMS; SAM STAFFORD; MELVIN RUSSELL SHIELDS; DAVID VAUGHN; DAVID SAMUELS; CHASTAN SHIELDS; DOUG BURKE,<br><br>　　　　　Defendants. | No. C-09-01405 RMW<br><br>JUDGMENT BY DEFAULT |

　　　On February 2, 2012, the court struck the answers of defendants S3 Partners, LLC; Northwest Consulting Group, LLC; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; and Melvin Russell Shields and entered defaults against said defendants. (Dkt. No. 123.) Now, the court having considered the declarations in support of plaintiffs' application for default judgment, the well-pleaded allegations deemed admitted upon default, and other portions of the file in this matter,

JUDGMENT BY DEFAULT—No. C-09-01405 RMW
LJP

including its Order Granting in Part and Denying in Part Motion for Summary Judgment filed on October 12, 2011, and having concluded that defendants and each of them, directly or indirectly, obtained the monies invested by plaintiffs by fraud by, *inter alia*, having made (1) false representations of material facts to plaintiffs (2) knowing that said statements were false and making said statements with the intent to deceive where (3) plaintiffs justifiably and reasonably relied upon the misrepresentations referenced above and (4) plaintiffs were injured in that they were not repaid the amounts invested by them,

IT IS HEREBY ORDERED that:

1. Judgment be entered in favor of Plaintiffs Mark Shepherd and Delia Shepherd against Defendants S3 Partners, LLC; Northwest Consulting Group, LLC; Stagecoach Retail, LLC; Sonterra Retail Center, LLC; and Melvin Russell Shields, jointly and severally in the following amounts:

   | | |
   |---|---|
   | Compensatory Damages: | $602,249.02 |
   | Prejudgment Interest: | $34,004.74[1] |
   | Punitive Damages: | $100,000.00 |
   | **Total Judgment** | **$736,253.76** |

2. Post-judgment interest on the judgment is awarded at the rate of 0.21% per annum.

DATED:   July 2, 2012

RONALD M. WHYTE
United States District Judge

---

[1] Counsel did not provide any computation of prejudgment interest. The court in its discretion has used the average 1-year constant maturity Treasury yield for each year, commencing July 6, 2007 for the amount of $469,679.02 and September 25, 2007 for the amount of $132,570.

JUDGMENT BY DEFAULT—No. C-09-01405 RMW
LJP         2